IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C/A No. 3:19-2094-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 46,740 dollars in United States Currency, | ) | **ORDER** |
| *Asset ID: 19-DEA-651054*, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| Collette Pinkard, | ) | |
| | ) | |
| Claimant. | ) | |
| | ) | |

The United States filed a Complaint in this civil forfeiture action on July 26, 2019. (ECF No. 1.) Claimant Collette Pinkard, proceeding without counsel, has responded with a claim and answer, asserting an ownership interest in the subject property. (ECF Nos. 8 & 29.)

The United States now moves to strike the claim and answer due to Pinkard's failure to provide complete responses to the United States' special interrogatories. (ECF No. 42.) The United States indicates it served Pinkard with special interrogatories pursuant to Rule G(6) of the Supplemental Rules for Admiralty or Maritime Claims and Forfeiture Actions on February 5, 2020. (Ex. 1, ECF No. 42.) Pinkard provided answers to the special interrogatories, (Ex. 2, ECF No. 42), but the United States argues those answers are incomplete because they mostly just assert that the information requested by the United States is "available" in the Clerk of Court. The court agrees that Pinkard's answers are insufficient. See Rule G(6)(a) (providing that the scope of the special interrogatories is to identify the claimant and her relationship to the property in dispute).

In light of Pinkard's *pro se* status, the court directs Pinkard to file <u>complete and responsive</u> answers to the United States's special interrogatories pursuant Rule G(6) within **fourteen (14) days** from the date this order is entered (plus three days for mail time).  Pinkard is warned that failure to provide complete and responsive answers to the United States's special interrogatories may result in her claim and answer being struck pursuant to Rule G(8).

     **IT IS SO ORDERED**.

June 25, 2020                                Paige J. Gossett
Columbia, South Carolina        UNITED STATES MAGISTRATE JUDGE