IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.: 3:19-cv-02094-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| $46,740.00 IN UNITED STATES CURRENCY, | ) | |
| Asset ID: 19-DEA-651054 | ) | |
| | ) | |
| Defendant *in Rem* | ) | |

### FINAL ORDER OF FORFEITURE

This *in rem* forfeiture action was filed on July 26, 2019, concerning $46,740.00 in United States Currency, ("Defendant Currency") seized from Collette Pinkard, in the Columbia Metropolitan Airport on April 16, 2019 as drug trafficking proceeds.

The Government served the known potential claimants, by providing them with actual notice, as set forth in the Notices of Judicial Forfeiture filed with the court on August 5, 2019, (ECF #6). As set forth in the Declaration of Publication filed with the court on August 30, 2019 (ECF #7), and in accordance with Supplemental Rule G(4), Fed.R.Civ.P., notice of this forfeiture action was published on an official internet government forfeiture site, "www.forfeiture.gov", for at least 30 consecutive days, beginning on July 30, 2019, and ending on August 28, 2019. Any person claiming an interest in the Defendant Currency was required to file a claim within sixty days after the first date of such publication (by September 28, 2019). Claimant filed her claim on September 23, 2020. (ECF #8). No other parties have filed claims or answers in this

matter.

On October 3, 2019, the United States filed a Motion to Strike Claim and Request for Entry of Default as no answer had been filed by Claimant. (ECF #13). Claimant filed a response in opposition on October 28, 2019. (ECF #18). On November 6, 2019, the United States filed a Request for Entry of Default. (ECF #20). On December 2, 2019, Claimant filed a Motion for Default Judgment and for Judgment and Decree of Forfeiture and a Motion to Enter Defamation, Emotional Distress, and Request for Claim to be granted. The United States replied on December 5, 2019. (ECF #22, 23). The Court directed the Claimant, on December 17, 2019 to file an answer within 21 days. Claimant filed an answer on December 27, 2019. (ECF #26, 29).   Discovery between the parties then ensued.

On March 5, 2021, the government filed a Motion and Memorandum for Summary Judgment. (ECF #90). On March 18, 2021, Collette Pinkard filed a Response in Opposition to the government's Motion and Memorandum for Summary Judgment. (ECF #94).  This court granted Summary Judgment for the government on April 7, 2021. (ECF #98).

NOW THEREFORE, the Court being fully advised, and based on Summary Judgment in favor of the government, it is

ORDERED, ADJUDGED, AND DECREED, that:

1.   All persons and entities claiming any right, title or interest in or to the Defendant Currency are hereby held in default; and default judgment is entered against them.

2. Pursuant to 18 U.S.C. § 981(a)(1) and 31 U.S.C. § 5317, the $46,740.00 In United States Currency are hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

3. Clear title in and to the aforesaid Currency is hereby vested in the United States of America, and no other right, title or interest exists therein.  All other claims in or to said Currency are hereby forever foreclosed and barred.

4. The Currency forfeited herein shall be disposed of by the Government in accordance with law.

SO ORDERED this 4th day of June 2021

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

Columbia, South Carolina